**FILED**

OCT 02 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD CAMPBELL,<br><br>Defendant. | Case No. 2:13-mj-00309-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CLIFFORD CAMPBELL , Case No. 2:13-mj-00309-CKD  from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $   50,000

      __X__   Unsecured Appearance Bond $  50,000, cosigned by wife and sister

      \_\_\_\_\_   Appearance Bond with 10% Deposit

      \_\_\_\_\_   Appearance Bond with Surety

      \_\_\_\_\_   Corporate Surety Bail Bond

__X__   (Other): Pretrial conditions

Issued at Sacramento, California on October 2, 2013.

By: *Carolyn Delaney*

Magistrate Judge Carolyn K. Delaney